FILED
CLERK, U.S. DISTRICT COURT

03/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>CRAIG SCOTT KEMPPAINEN,<br><br>           Defendant. | ED CR No. 5:21-cr-00047-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Mail Theft and Possession of Stolen Mail; 18 U.S.C. § 1704: Unlawful Possession of Counterfeit Postal Keys and Locks] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about August 14, 2018, in San Bernardino County, within the Central District of California, defendant CRAIG SCOTT KEMPPAINEN stole, took, and abstracted mail from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, a community mailbox located on Kooyview Street in Upland, California, with the intent to deprive the owner of the mail, temporarily and permanently, of its use and benefit.

COUNT TWO

[18 U.S.C. § 1708]

On or about August 14, 2018, in San Bernardino County, within the Central District of California, defendant CRAIG SCOTT KEMPPAINEN unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 713 pieces of mail and mail matter addressed to various individuals and businesses within San Bernardino County and elsewhere, and at that time and place, defendant KEMPPAINEN knew that said mail and mail matter were stolen.

COUNT THREE

[18 U.S.C. § 1704]

On or about August 14, 2018, in San Bernardino County, within the Central District of California, defendant CRAIG SCOTT KEMPPAINEN knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, keys suited to locks adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized receptacle for the deposit and delivery of mail matter, namely, two counterfeit Postal Service "arrow" keys.

COUNT FOUR

[18 U.S.C. § 1708]

On or about January 10, 2020, in San Bernardino County, within the Central District of California, defendant CRAIG SCOTT KEMPPAINEN unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 566 pieces of mail and mail matter addressed to various individuals and businesses within San Bernardino County and elsewhere, and at that time and place, defendant KEMPPAINEN knew that said mail and mail matter were stolen.

|   |   |
|---|---|
| 1 | COUNT FIVE |
| 2 | [18 U.S.C. § 1704] |

On or about January 10, 2020, in San Bernardino County, within the Central District of California, defendant CRAIG SCOTT KEMPPAINEN knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, one counterfeit Postal Service "arrow" key suited to locks adopted and in use by the United States Post Office Department and Postal Service and two mail locks adopted by the United States Post Office Department and Postal Service, namely, two Postal Service "arrow" locks.

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

BYRON R. TUYAY
Assistant United States Attorney
Riverside Branch Office